No. 362.—WILLIAM L. CUSHING v. G. W. ROBINSON, A. L. GERVIN and.
J. H. BEAIRD.

The act of the General Assembly creating the new parish of Red River and attaching it to
another judicial district repealed the former act which rendered its territory subject to
the jurisdiction of the Eighteenth Judicial District, and judgments rendered by the
judge of this judicial district, after the passage of this act, are void for want of jurisdiction over the parish.

APPEAL from the Eighteenth Judicial District Court, parish of Red .
River. *Watkins*, J. *Land & Taylor*, for plaintiff and appellee.
*Scales & Bullock* and *H. A. Perryman*, for defendants and appellants.

WYLY, J. The first question to determine in this case is the exception to the capacity of the judge of the Eighteenth Judicial District to
hold court in the parish of Red River and to try this cause.

The act of the twenty-seventh of February, 1871, establishing the
jurisdiction of the Eighteenth District Court, includes in the district
the parish of Red River. This parish was not created till the second
day of March, 1871, and the law creating it declares that " said' parish·
shall form part of the Eleventh Judicial District."

This is the law applicable to the case, and whatever is in the previous.
statute of the twenty-seventh of February, 1871, contradictory therewith, must be considered repealed.

It is therefore ordered that the judgment appealed from be annulled,
and it is ordered that this case be dismissed, with costs.

Rehearing refused.